IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number: 1:23-cv-05168 (Judge Joan H. Lefkow)

GS HOLISTIC, LLC,

    Plaintiff,

    v.

MARLEY'S SMOKE & VAPE, INC
d/b/a MARLEY'S SMOKE SHOP
and MOHAMMED ABUARRA,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT
AGAINST DEFENDANTS**

The Plaintiff, GS HOLISTIC, LLC, by and through its attorney, Ryan S. Fojo, makes this request for entry of a default judgment pursuant to Rule 55(b) against the Defendants, MARLEY'S SMOKE & VAPE, INC d/b/a MARLEY'S SMOKE SHOP and MOHAMMED ABUARRA, and in support thereof states as follows:

1.    The Plaintiff filed its Complaint against the Defendants on August 4, 2023 [DE 1].

2.    on September 2, 2023, the Defendant MOHAMMED ABUARRA, and, on September 2, 2023, the Defendant, MARLEY'S SMOKE & VAPE, INC d/b/a MARLEY'S SMOKE SHOP, were served with the Complaint and Summons [DE 11, 12].

3.    On October 11, 2023, the Plaintiff filed a Motion for Entry of Clerk's Default against the Defendants, MARLEY'S SMOKE & VAPE, INC d/b/a MARLEY'S SMOKE SHOP and MOHAMMED ABUARRA, which was subsequently granted on October 11, 2023. *See* [DE 13].

1

4. The Plaintiff thus moves for entry of default judgment pursuant to Fed. R. Civ. P. 55(b).

5. In support of the motion, Plaintiff submit the following certifications:

Exhibit A: Affidavit of Attorney Ryan S. Fojo, as to docket review and costs expended.

Exhibit B: Affidavit of Christopher Folkerts, Chief Executive Officer of GS Holistic, LLC, as to statutory damages.

Exhibit C: judgment in GS Holistic, LLC. v. Envirocure, LLC. and Hassan Abid (22-cv-60463-BLOOM/Valle) for $151,147.89 in statutory damages.

Exhibit D : judgment in GS Holistic, LLC. v. One Stop Vape et al (2:22-cv-04628-SVW-AGR) for $225,000 in statutory damages and $1,482 in costs.

Exhibit E : judgment in GS Holistic, LLC. v. Cali Smoke Depot LLC et al (2:22-cv-06679-SPG-KS) for $150,000 in statutory damages and $1,0999.86 in costs.

Exhibit F : judgment in GS Holistic, LLC. v. Bellair Cigarettes Inc et al One Stop Vape et al (2:22-cv-06363-GW-MRW) for $150,000 in statutory damages and $955.69 in costs.

Exhibit G : judgment in GS Holistic, LLC. v. Pyramids Wholesale et al (2:22-cv-04632-SPG-RAO) for $300,000 in statutory damages and $1,462 in costs.

Exhibit H : judgment in GS Holistic, LLC. v. Smoke Unlimited et al (1:22-cv-21254-FAM) for $250,000 in statutory damages and $563.41 in

2

costs.

Exhibit I: judgment in GS Holistic, LLC. v. Abood Enterprise et al (1:22-cv-06161) for $150,000 in statutory damages and $817 in costs.

6. Plaintiff also submits and relies upon the Memorandum of Law in Support of Statutory Damages, in the amount of $150,000.00.

WHEREFORE, the Plaintiff requests default judgment against MARLEY'S SMOKE & VAPE, INC d/b/a MARLEY'S SMOKE SHOP and MOHAMMED ABUARRA, in the amount of $150,000.00.

           Respectfully submitted,

           */s/ Ryan S. Fojo*
           Ryan S. Fojo
           IL Bar # 6305940
           The Ticktin Law Group
           270 SW Natura Avenue
           Deerfield Beach, Florida 33441
           Serv605@LegalBrains.com
           Serv549@LegalBrains.com
           Telephone: 561-232-2222

           *Attorney for the Plaintiff*